

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2021

No. 04-21-00311-CV

**IN THE INTEREST OF T.A.G., J.I.R.G., C.M.R.A., AND G.A. JR.**, minor children,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01608
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights that is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id.*

Appellant's brief was originally due September 27, 2021 and was not filed. We granted appellant's first motion for extension of time, extending the deadline to file the brief until October 25, 2021. On October 25, 2021, appellant filed a second motion for extension of time requesting an additional two days to file the brief. After consideration, we **GRANT** the motion and **ORDER** appellant to file her brief **by October 27, 2021. Further requests for extensions of time will be disfavored.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court